■ ANTHONY J. PITTS, Appellant, v. RUDOLPH J. PASSERO, Respondent.— Judgment unanimously affirmed, with costs. Memorandum: We affirm the judgment on the ground that, upon all the proof, the court, as trier of the facts, found that there was no recklessness on the part of defendant sufficient to support an inference of fraud, and we cannot say that the evidence preponderated so greatly in favor of the plaintiff as to establish that this finding for the defendant could not have been reached upon any fair interpretation of the evidence (*Olsen* v. *Chase Manhattan Bank*, 10 A D 2d 529, 544, affd. 9 N Y 2d 829). In view of the foregoing, we do not reach the question whether the claim of fraud was barred by the Statute of Limitations. (Appeal from judgment of Monroe Trial Term dismissing complaint in action for damages, based on financial statement.) Present — Del Vecchio, J. P., Marsh, Witmer, Cardamone and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM WHITE, Appellant.— Judgment unanimously affirmed. Memorandum: In the usual case where the court is advised that a defendant is addicted to drugs, compliance with sections 207 and 208 of the Mental Hygiene Law should be had. However, here, while free on bail after his arrest, defendant was in the methadone program and upon his application to change his plea he informed the court that he was not a drug user. His attorney also told the court that defendant was completely off drugs. Defendant and his attorney having thus manifested to the court that no medical examination to determine whether he was a narcotic addict was needed or desired, literal compliance with sections 207 and 208 was unnecessary and the court was justified in not ordering an examination (see *People* v. *Crafton*, 31 N Y 2d 828; *People* v. *Gordian*, 39 A D 2d 861; *People* v. *Huff*, 35 A D 2d 1033, 1034). (Appeal from judgment of Erie Supreme Court convicting defendant of criminal possession of a dangerous drug, fifth degree.) Present — Goldman, P. J., Witmer, Moule, Cardamone and Henry, JJ.

■ PEOPLE'S CABLE CORPORATION, Respondent, v. CITY OF ROCHESTER et al., Appellants.— Judgment unanimously affirmed, with costs, upon the opinion at Trial Term. (Appeal from judgment of Monroe Trial Term adjudging ordinance to be invalid.) Present — Del Vecchio, J. P., Marsh, Moule, Cardamone and Henry, JJ. [70 Misc 2d 763.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. CHARLES SMITH, Respondent.— Motion granted to the extent that the order entered December 12, 1972 (40 A D 2d 1068) is amended by adding after the words "unanimously reversed" the words "on the law and facts." Present — Goldman, P. J., Del Vecchio, Witmer, Cardamone and Henry, JJ.